PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

DEC 2 / 2016

IN THE UNITED STATES DISTRICT COURT
FOR THE _Eastern_ DISTRICT OF TEXAS
_____ DIVISION

Wiwdell R. Robinson #17169
Plaintiff's Name and ID Number

Henderson County Detention Center PoBox 2601 Athens Tx. 75751
Place of Confinement

CASE NO.  6:16CV1396 RWS/KNM
(Clerk will assign the number)

v.

Sheriff Botie Hillhouse P.O Box 2601 Athens Tx 75751
Defendant's Name and Address

Capt. Starkey       P.O.Box 2601. Athens Tx, 75751
Defendant's Name and Address

Dr. Moncari    P.O. Box 2601 Athens Tx. 75751
Defendant's Name and Address
( DO NOT USE "ET AL.")

Medical Supervisor Blake P.O. Box 2601 Athens Tx. 75751

## INSTRUCTIONS - READ CAREFULLY

NOTICE:

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1.   To start an action you must file an original and one copy of your complaint with the court.  You should keep a copy of the complaint for your own records.

2.   Your complaint must be legibly handwritten, in ink, or typewritten.  You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct.  If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.**  ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3.   You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure.  Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4.   When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred.  If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID),  the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1.  In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00**.

2.  If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3.  The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4.  If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I.  PREVIOUS LAWSUITS:

    A.  Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ___YES ___NO

    B.  If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

       1.  Approximate date of filing lawsuit: _____ *I Dont Know*

       2.  Parties to previous lawsuit:

          Plaintiff(s) *Windell Robinson, William Whitman James Nelson Jr,*

          Defendant(s) *Ray Nutt   Capt Starkey*

       3.  Court: (If federal, name the district; if state, name the county.) *Eastern District*

       4.  Cause number: *CV 615:136*

       5.  Name of judge to whom case was assigned: *Dont Remember*

       6.  Disposition: (Was the case dismissed, appealed, still pending?) *I guess dismissed*

       7.  Approximate date of disposition: _____

II.   PLACE OF PRESENT CONFINEMENT: _Henderson County, Detention Center_

III.   EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?   ✓YES ___NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV.   PARTIES TO THIS SUIT:

A.   Name and address of plaintiff: _Windell Robert Robinson_
_P.O. Box 2601 Athens Texas 75751_
_Henderson County_

B.   Full name of each defendant, his official position, his place of employment, and his full <u>mailing</u> address.

Defendant #1: _Sheriff Botie Hillhouse   P.O. Box 2601_
_Athens Texas 75751_

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
_D Medical Malpractice   Denial of access to the courts_

Defendant #2: _Captain Starkey P.O. Box 2601 athens Tx 75751_
_Denial of access to the courts_

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
_Denial of access to the courts_

Defendant #3: _Dr. Morgan   P.O Box 2601_
_Athens, Texas_

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
_Medical Malpractice_

Defendant #4: _Medical Supervisor Blake P.O. Box 2601_
_Athens, Texas 75751_

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
_Medical Malpractice_

Defendant #5: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

_____

V.    STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved.  Describe how each defendant is involved.  You need not give any legal arguments or cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely.  IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

Medical Malpractice and Denial of access to the courts. I have enclosed a good description of each of the defendants or respondents actions in handwritten documents. They are enclosed                          thank you

VI.   RELIEF:

State briefly exactly what you want the court to do for you.   Make no legal arguments.  Cite no cases or statutes.

I am seeking # 100,000.00 in the Medical situation In the access to courts denial # 150,000.00

VII.  GENERAL BACKGROUND INFORMATION:

A.  State, in complete form, all names you have ever used or been known by including any and all aliases.

Windell R. Robinson

B.  List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

1979 / TDC# 314296   Been to State Jail   Dont Know Number

VIII. SANCTIONS:

A.  Have you been sanctioned by any court as a result of any lawsuit you have filed?   ____YES  ✓NO

B.  If your answer is "yes," give the following  information for every lawsuit in which sanctions  were imposed. (If more than one, use another piece of paper and answer the same questions.)

1.  Court that imposed sanctions (if federal, give the district and division):_____

2.  Case number:_____

3.  Approximate date sanctions were imposed:_____

4.  Have the sanctions been lifted or otherwise satisfied?                           ____YES ____NO

C.  Has any court ever warned or notified you that sanctions could be imposed?          _____YES  ✓ NO

D.  If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

    1.  Court that issued warning (if federal, give the district and division):_____

    2.  Case number:_____

    3.  Approximate date warning was issued:_____

Executed on: _12-21-16_
           DATE

                                      _Windell R. Robinson_
                                      (Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

    1.  I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.

    2.  I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.

    3.  I understand I must exhaust all available administrative remedies prior to filing this lawsuit.

    4.  I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.

    5.  I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this _____21_____ day of _DEC.____, 20 _16_ .
            (Day)            (month)     (year)

                                        _Windell Robinson_
                                      (Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions.  The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

① Windell R. Robinson #17169
P.O. Box 2601
Athens Texas
75751

United States District Court
Clerk of Court
Eastern District of Texas
211 W. Ferguson St.
Tyler Texas
75702
Official Business

Statement of Claim Malpractice

Honorable Judge _____ I would
like to state my claim in this matter
against Dr. Mongare the M.D. here at
the Henderson County jail and also
Sheriff Botie Hillhouse for being the
man along with Captain Starkey that
makes all the decisions on what is
proper procedures here at the jail
and also Supervisor Blake of Medical
I was set up by request form to
see the doctor on 12-16-16 by Calvin
Taylor about a growth on my nose
he is a Med tech here at the jail.
I am enclosing my copy of that

(2)

request. I explained to Dr. Mongar'' when this thing came up as stated in the request form. The doctor said it looks like a mole. This growth has doubled in size since Oct 5th when I arrived here and I also told the doctor that when it bleeds randomly the blood smells like something dead it stinks. He seemed very non caring didn't even come closer to examine it at all all he did was say he would set a Dermatoligist up to see this growth. I was told by staff and Supervisor Blake that it takes a long time to see one of these kind of doctors and that I would surely be gone before I could have anything done about this growth that could very well be cancerous and make me lose my nose. These accusations were strictly ones that portrayed smoke screen to shuffle me thru the system to relieve Botie Hillhouses jail and the County for something that originated here of any liability. This thing came up on my face here and they should take care of it. It should be removed with no threat of cancer being left

③

behind even if Chemo is part of the treatment.

Attachment on Claim of Malpractice and Relief

Honorable Judge _____ of Court I Windell Robinson would in fact like to add that I spoke to Calvin Taylor with Officer Ford present about my doctor visit and what was said on 12-16-16 I let both of these people know that they were trying not to see me claiming a doctor of this kind may take so long that I would be released or gone thru the system. So I feel that what is being said to me is that Sheriff Botie Hillhouse and Medical aren't going to take care of this thing at all. Sir this thing originated on my face here at this jail in either Dec 2014 or Jan of 2015 I will take a lie detector to prove this fact to in fact show that this jail is responsible for the care of this matter that could make me lose my nose if not removed.

I would like to ask the court for relief in this matter in a monetary nature concerning Malpractice in the

(4)

amount of $100,000.00 for the medical
that will be needed to cover this
procedure and or the possible loss
of my nose. I feel that the people
that I have named in this
Statement of Claim are responsible
for not caring for me Medically
while being in there custody.
I feel that Malpractice is definetly
what is taking place here by avoiding
this issue. Calvin Taylor and officer Jordan agreed that
it should be taken care of while im here.

Respectfully Submitted

Windell Robinson

My Court Dates are as follows

1-10-2017
2-16-2017

I hope this claim will be on dockett
before my last court dates.

Thank You
God Bless Sir.

12-9-2016

Windell Robinson B-3
P.O. Box 2601
Athens, Texas
75751

Continued Request Form! — Honorable Capt. Starkey
P.O. Box 2601
Athens Texas
75751

Captain Starkey sir I am in wondering of how long
that you are going to be able to make people
think that they can not use the hole in the
wall Law Library that I know exists in this jail
sir? Please have a little Compassion for us we
are people in need of a Law Library. Sheriff
Botie Hillhouses jail and yours is the only one
around here that is a city of the size of Athens
that don't provide Law Library Studies. Sir all
you can say is that your Attorney is adequate
access to the Courts and send that little
sticker that doesn't come out of any law
book saying that very phase and also that
this jail is not mandated to have a law
library. Sir with all due respects what
is a person to do that has one of this
Countys sorry Court Appointed Attorneys? These
Attorneys are interested in one thing a
quick $750⁰⁰ check, and they sell out their
clients quickly to get it with very shallow

continued request to Capt. Starkey

(2)

efforts in their clients behalf. Have you
and Mr Willhouse no compassion at all
Sir? We are people that are addicted to
a drug Meth in your County that is floating
in Methamphetamines. I know this sir
and I know it doesn't matter to you, with
your officers trying to get me convicted and with
your DA R. Scott McKee that has a long
lived grudge against me for fighting 3 assault
with a deadly weapon charges when Ronnie
Brownlow was Sheriff I need law Library
no matter what you say R. Scott McKee
told my Attorney James Kittles in 2014 that he
had that grudge I speak of and it is recorded
at the Court House in the District Clerks file
Betty Wernige and also in Clerk of Court files
at the United States Federal Court in Tyler Texas.
I can not get the proper representation that
I need thru one of these sorry Attorneys in
this County. I don't have the money to hire
one your Bailbondsman have broke me at
the present time. I am trying to go to
Cenikor and so is my wife Tiffany Tyer sir.
Honorable Captain Starkey sir I would
like to request some kind of schedule set up
here at the County jail where Botie Hillhouse
is Sheriff to pull 5 inmates 3 times
a week every 2 hrs at 6 hour days to

(B) continued request to capt. Starkey 12-7-2016

attend a room with 5 typewriters and
a set of updated law books sir.
This is to self help themselves because
of this Countys attorneys putting forth a
bunch of shallow efforts for their clients.
I would also like to ask and request that
you tell all your officers that have a
Notary stamp to put stamps on Handwritten
Documents and make copies for the Courts
in triplicate sir.
Honorable Captain Starkey sir please
consider all these things we are having
our Civil Rights violated under the 4th 6th 5th
and 14th amendments of the United States
Constitution sir. I request that you send
me a copy of this letter with your and
Botie Nillhouses reply sir. I doubt that
you will comply sir. Please do the right
thing and give us what federal law says
about Law Library in County jails.
I have sent a copy of this letter to my
dad in the freeworld.
                    Respectfully Submitted
                    Windell Robinson
    There is allways room to change sir
Help people and their families.
Quit taking and give for a change. Thank You
                    With all due respect.

①

Windell R. Robinson #17169
P.O. Box 2601
Athens, Texas
75751

United States District Court
Eastern District of Texas
211 W. Ferguson St.
Tyler, Texas
75702

Statement of Claim

In the matter of denial of access to
the courts I would like to voice my
statement for relief in this matter
and also give good reason for the
relief that I seek for all the inmates
of this County Jail. Sir I would like to
have the Federal Courts Mandate Jail
Standards and the Henderson County
Detention Center to make it a rule that
Sheriff Hillhouse and Capt. Starkey be made
to have a little compassion for there
fellow man and quit there denial of
access to the Courts at the Jail.
We live in a County that is floating in
Meth. The cause of most peoples incarcer-
ation here. We have Attorneys here

②

that do not care about getting anything for you that is fair they desire that quick check of $750^{00}$ and push you on the trail to prison as quickly as possible. Mr. Hillhouse has this jail packed full of people for Meth use. Sir it seems that this County has created a revolving door here a sort of job security in fact with no Drug Rehabilitation available for people most all the time. Our so called Attorneys are not adequate access to the Courts as Captain Starkey says along with Sheriff Hillhouse backing him in the matter. The sticker that was posted on the wall in my dorm that I sent to you is just a dry attempt at keeping people from asking for the access to the Courts that they deserve sir. I have personally been told by Sheriff Hillhouse that we get the only library that jail Standards says we the inmates of this jail deserve. Actually a $3 \times 4$ book cart with a bunch of trash books nothing concerning access to the courts sir. There is already a room here that would

③

help us with our needs for access to the courts. Sir I would like to say in behalf of me and my wife Tiffany Anne Tyer my common law wife I would like to say that the relief that I entered concerning Sheriff Hillhous and Starkey in there capacities for $75,000⁰⁰ each for a grand total of $150,000 dollars will be used so me and my wife won't have to live in poverty while serving our time in prison whatever the time frame may be even as little as 5yrs TDCJ for each of us because with the proper access to the courts that I speak of I believe that I could actually beat our cases. This County is crooked sir. They are using Entrapment technics to put people in jail to keep there revolving door producing job security.

Another thing that is going on here is organized crime in the Court System. This is the only County that I know of and even the Bonding Companies here can't believe that the Courts can get

(4)

away with pulling your Bail Bond
when you get indicted re-arrested
and put a 15 to $20,000 higher than
your frist on you to be paid to
the same Bondsman all over again
I would think a form of Double Jeopardy
for me and my Wife Tiffany Tyer
I have had to pay 4 Bail Bonds
amounting to over $6000°° when in
the beggining we paid 1800°° to
Bond out. They do this all the
time in this town and I think it
is because no one challenges there
actions. ISAIAH: 10
Me and my wife are trying to get
SAFE P or some form of Rehabilitation
We need and want this badly.
I myself was allowed drug Rehab 1 time
30 yrs. ago in Texas, My wife Tiffany
Robinson Tyer has never in her
life been in a program. We
deserve help.
Sir I won't go on about this
crooked mess and elaborate on
it any further. Sir I intend
on pushing this suit all the way
for me and my wifes sake if we
aren't awarded Drug Rehabilitation



I Windell Robinson will submit to a lie detector test on any of the facts listed in this USC 1983 Civil Federal Lawsuit that I am submitting. I have noticed that everytime a County Sheriff and his staff are involved in one of these suits the Sheriff allways retires of his position or steps down is this a way to keep from facing the claims?

Respectfully. Submitted
Windell Robinson #7716 9(B-3)
Tiffany Robinson Dyer #15833 (F-2)

Attachment on Medical

To the Honorable Judge that this civil
matter may be assigned to, Sir I would like
to bring to your attention something else
that I believe should be of Malpractice
nature is the poor screening of inmates
when they are taken into this jail sir.
There is a man in here with us that
has mentally Ill stamped on his parole
papers and they have just thrown
him in the tank with me and 6
other men. I seen the stamp myself
on his paperwork. I think this is a
very poor screening process that
allowed this to happen. They have
not tried to do anything about it
at all. He sits around making cat
and dog noises all the time and
lays in his bed grunting and
moaning all night long. I think
this is a Medical Malpractice issue
as well as the growth on my nose.
I spoke to officer Strickland and Ford
this morning about him and all
they said was oh he will be gone
soon. That is all they did.

Respectfully
Windell Robison




# Botie Hillhouse
## SHERIFF, HENDERSON COUNTY
### 206-A N. MURCHISON
### ATHENS, TEXAS 75751 * 903-675-5128

## Henderson County Sheriff's Department
## Detention Division

### "Official Grievance Form"

**Inmate Name:** _Windell R. Robinson_

**Date:** _12-20 16_   **Time:** _11:00 AM_   **Location:** _B-3_

This form is provided to the inmate for the filing of Official grievances with the Henderson County Sheriff's Department.

The following violations are examples of the acts that may constitute an "Official Grievance":

1. Violation of Civil Rights.     _Medical Malpractice_
2. Criminal Act.
3. Unjust Denial of Inmate Privilege
4. Prohibited Act by Staff Member.

This form shall only be used to file "Official Grievances" as described above. Any other request or complaint must be submitted on an "Inmate Request Form".

When completed, place the form into the accompanying envelope and seal. All grievance forms shall be forwarded to the Jail Administrator.

An appropriate written response to this grievance will be returned within fifteen days.

Fully state your grievance:

_Sir I am submitting this Grievance concerning a growth on my nose that came up on my nose while I was here in the B-2 section of this jail in Dec 2014 or Jan 2015. I was set to see the Dr. Mongari on the date 12-10-16 Sat. Sir at that time I was told by Mongari and supervisor Blake that it would be impossible to see a doctor of this nature. They said that I would in fact be released or done here and shuffled on thru the system. I don't understand why you people are trying to get out of taking care of this problem it originated had in this jail. I believe it is of a cancerous nature it stinks like something dead and I want it taken care of. I realize this could be expensive and my even involve some chemo treatment. I do not expect to get a "copy" of this back so I am making my own._

**Inmate Signature:** _Windell R. Robinson_   **Date/Time:** _12-20-16   11:00 AM_




# Botie Hillhouse

**SHERIFF, HENDERSON COUNTY**
206-A N. MURCHISON
ATHENS, TEXAS 75751 * 903-675-5128

## Henderson County Sheriff's Department
### Detention Division

### "Official Grievance Form"

**Inmate Name:** Windell Robert Robinson

**Date:** 12-9-2016 **Time:** 6:30 PM **Location:** B-3

This form is provided to the inmate for the filing of Official grievances with the Henderson County Sheriff's Department.

The following violations are examples of the acts that may constitute an "Official Grievance":

1. Violation of Civil Rights. — Denial of access to the Courts
2. Criminal Act.
3. Unjust Denial of Inmate Privilege
4. Prohibited Act by Staff Member.

This form shall only be used to file "Official Grievances" as described above. Any other request or complaint must be submitted on an "Inmate Request Form".

When completed, place the form into the accompanying envelope and seal. All grievance forms shall be forwarded to the Jail Administrator.

An appropriate written response to this grievance will be returned within fifteen days.

Fully state your grievance:

Honorable Captain Starkey Sir, I am submitting both of these at one time because I already know how you and Sheriff Botie Hillhouse will respond to these procedures. Why is it that there is no Law Library in this jail when all you can say is supply an article number and we will get help. I don't understand your theory when there is 1000s of articles that a person may find help with in a set of law Books. Sir can you name any article that might help me in Codes of Criminal Procedures? Can you tell me what a Motion of Ducces Tecum means without looking it up in a Black's Law Dictionary I think not sir. My grievance is why don't we have law Library studies in this Jail and why don't you have Notary Stamp on handwritten documents available. Idea law says we have the right for both.

**Inmate Signature:** Windell Robinson **Date/Time:** 12-9-2016

The lawyers here are sorry as crap. I need my copy of this document Sir, and your reply.

Signature of Receipt by Jail Administrator: _____

Date Received: _____ Time Received: _____

Forwarded to Grievance Officer: YES / NO

Date: _1-12-16_ Time: _0745_ Officer: _M.Starky_

Forwarded to Grievance Board: YES / NO

Date: _____ Time: _____ Officer: _____

### Final Action Taken

A single request to me clearly the subject matter is all you need. If it is detailed, I shall interview you to see exactly what you are requesting. Federal law doesn't mandate that this facility have a law library. If you need a hand written document notarized, send me a request.

Staff Signature: _M.Starky_  Date: _1-12-16_  Time: _1120_

Signature of Receipt by Inmate: _____ Date/Time: _____

The courts view an attorney, either court appointed or retained, as adequate legal access.

The Sheriff's Office is not mandated to have a law library. However, if you will send a request to Captain Starkey regarding your needs, every effort within reason , will be made to accommodate you.

*This is Starkey and Boties theory self made law.*

SHERIFF'S HENDERSON COUNTY
200-A N. MURCHISON
ATHENS, TEXAS 75751 ☆ 903-675-5128

# HENDERSON COUNTY SHERIFF'S DEPARTMENT
## INMATE REQUEST FORM

Request Sent to: _Medical_    _Blake_

Inmate Name: _Windell Robinson_    SO# _17169_  Cell: _B3_

State Your Request: _When I first came in October 5th I made Calvin aware that this growth on my nose was getting worse, at this time it has doubled in size and it is stinking like dead flesh. I am really worried now Blake. I would also like to add that I developed this growth in this jail back in 2014 when I was in B3 before I went to state jail. I am really worried about this thing I believe it is going to develop into cancer if it hasn't allready sir. It needs attention. I need my copy of this request._

Inmate Signature: _Windell Robinson B-3_    Date: _12-9-2016_ Time: _930 Pm_

Officer Accepting Request _Hornbelle 2193_    Date: _12/9/16_ Time: _2200_

Action Taken on Request: _Placed on MD list 12/10/16 -CT_

Action Taken By: _O. Tay_____    Date: _12/10/16_ Time: _AM_

I certify that I have received a copy of this request form indicating the action taken.

Inmate Signature: _____ Date: _____ Time: _____

_No further help has been discussed at all._



SHERIFF, HENDERSON COUNTY
206-A N. MURCHISON
ATHENS, TEXAS 75751 · 903-675-5128

*Beginning of request*

# HENDERSON COUNTY SHERIFF'S DEPARTMENT
## INMATE REQUEST FORM

Request Sent to: ___Capt. Starkey___

Inmate Name: ___Windell Robinson___ SO # ___17169___ Cell: ___B-3___

State Your Request: Capt. Starkey, I am pretty sure that my name may ring a bell with you. I am back here again and for the same problem as last time. You know it amazes me that the jail that you are Capt of doesn't have more in the way of drug rehabilitation program than what is happening here which is not much at all. I have completed CASA and have my certificate. The only thing is it offers no help as far as helping you in court at all. The justice system here is already one that offers very little help of any kind in a lot of ways. The one thing that, that you detour people of is that little dry sticker that you send people when they ask for Law Library studies.

Inmate Signature: ___Windell Robert Robinson___ Date: ___12-9-2016___ Time: ___6:30 PM___

Officer Accepting Request _____ Date: _____ Time: _____

Action Taken on Request: You addressed the law library and retrny in a recent complaint. The answer on that form will suffice as a response to these issues in this request

Action Taken By: ___NSHy___ Date: ___12-13-16___ Time: ___1015___

I certify that I have received a copy of this request form indicating the action taken.

Inmate Signature: _____ Date: _____ Time: _____

Recieved these back from Starkey. An article number that is non existent in a mans mind for help, that his attorney doesn't provide is not any help at all without a Law Library.

I have stated relief in this matter
as mandating this jail to supply
Law Library to its inmates and
a monetary relief of in their
capacity's #150,000 #75,000
each, or whatever the federal
Judge deems fair.

P.O BOX 17490, St Louis, MO 63178-7490                    SHIP FROM: 380

NAME:ROBINSON, WINDELL ROBERT
NUMBER:17169
FACILITY NUMBER:18264[32307J-001]                         CPR : 100105330
BLOCK:N      TIER:N      CELL:N-3                          BEG FUND BAL: 435.17
FACILITY NAME:HENDERSON COUNTY SHERIFF'S                  ORDER DATE:12/19/2016
                                                          ORDER : 7201852

7201852-100105330                                         2404375

| DAY | SEQ | ALIAS | QTY | UOM | DESCRIPTION | ITEM# | T | PRICE | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| KA1 | | | | | | | | | |
| | | #1050 | 2 | BS | BOOK OF TEN-STAMPS | 928 | | 4.70 | 9.40 |
| 2 | 1280 | 6171 | 1 | EA | HOT CORN CHIPS | 7989 | | 3.25 | 3.25 |
| 3 | 1300 | 0214 | 1 | EA | COCOA & SHEA COND LOTIO | 24968 | | 2.15 | 2.15 |
| 4 | 1485 | 0398 | 1 | EA | DIAL TRANSLUCENT SOAP | 20933 | | 1.85 | 1.85 |
| 5 | 1725 | 0583 | 2 | EA | INDIGENT IBUPROFEN | 80003392 | S | 0.00 | 0.00 |
| 5 | 1760 | 0642 | 1 | EA | (1-ROLL) ROLAIDS | 80001542 | | 1.25 | 1.25 |
| 6 | 1850 | 0815 | 1 | EA | HW MILITARY BRUSH_NO HA | 80001297 | | 1.40 | 1.40 |
| 8 | 2112 | 1087 | 1 | EA | PEN CLEAR [BLACK INK] | 20225 | | 0.70 | 0.70 |
| 9 | 2340 | 1010 | 10 | EA | #10 WHITE ENVELOPE | 20240 | | 0.10 | 1.00 |
| 9 | 2350 | 1015 | 1 | EA | MANILLA ENVELOPE | 20243 | | 0.30 | 0.30 |
| 9 | 2375 | 1060 | 1 | PAD | 8.5 X 11 LETTER PAD WHT | 20235 | | 1.65 | 1.65 |
| 15 | 3240 | 2814 | 1 | SP | 10/PK SWEETMATE PINK | 819719 | | 1.25 | 1.25 |
| 15 | 3275 | 2114 | 1 | EA | KF GEORGIA PEACH DRNK C | 7045 | | 2.10 | 2.10 |
| 16 | 3350 | 2015 | 2 | EA | 100% COLOMBIAN FREEZE D | 7022 | | 5.15 | 10.30 |
| 17 | 3420 | 6046 | 2 | EA | CHICKEN RAMEN | 8 | | 0.90 | 1.80 |
| 18 | 3620 | 2210 | 3 | EA | SS FRUIT PUNCH DRINK MI | 80000362 | | 0.45 | 1.35 |
| 18 | 3625 | 2220 | 3 | EA | SS LEMONADE DRINK MIX | 80000363 | | 0.45 | 1.35 |
| 25 | 4540 | 3052 | 1 | EA | ZC VANILLA WAFERS 16OZ | 6070 | | 3.10 | 3.10 |
| 28 | 4840 | 4146 | 1 | EA | ATOMIC FIRE BALLS | 40686 | | 1.70 | 1.70 |
| 30 | 4945 | 4430 | 1 | EA | ZC BLUEBERRY CHS DANISH | 6059 | | 1.50 | 1.50 |
| 30 | 4950 | 4431 | 2 | EA | ZC STRAWBERRY CHS DANIS | 6058 | | 1.50 | 3.00 |
| 33 | 5210 | 6255 | 1 | EA | BC JALAPENO NACHO CHS D | 2858 | | 2.25 | 2.25 |
| 33 | 5230 | 6263 | 1 | STR | MUSTARD 12PK | 6513 | | 1.50 | 1.50 |
| 37 | 5630 | 6018 | 1 | EA | TEXAS BEEF RAMEN | 13 | | 0.90 | 0.90 |
| 37 | 5635 | 6025 | 3 | EA | CHILI RAMEN | 10 | | 0.90 | 2.70 |
| 38 | 5730 | 1160 | 1 | EA | BIRTHDAY CARD | 29016 | | 1.45 | 1.45 |
| 38 | 5760 | 0966 | 1 | EA | LOVE CARD | 29070 | | 1.45 | 1.45 |

1 Damaged

OTHER

|  |  | 0583 | 2 | EA | IPRIN 2PK - INDIGENT | 24416 | N | 0.75 | 1.50 |
| | | | | | Subbed with Item-0583 | | | | |

!I=Invalid(NotOnMenu) B=BackOrdered C=Cancelled !          SUBTOTAL      62.15
!N=NotAvailable/Sub     S=Substituted V=NonInventory !     SALES TAX      1.37
                                                           ORDER TOTAL   63.52

                                                           END FUND BAL   371.65

LIST ITEMS OF SHORTAGES AND/OR DAMAGES          QTY     CATEGORY/DESCRIPTION

SIGNED  X  _Wendell Robinson_____          DATE_____

WITNESSED BY_____            DATE_____

Clerk of Court Sir,

CLERK, U.S. DISTRICT COURT
RECEIVED
DEC 27 2016
EASTERN DIST. OF TEXAS

Sir as you can see I have $371⁰⁰ &
draw a SSI check in the amount of $693⁰⁰
a month & do believe that it will
probably be cut off this month.
I have a lady in Carollton named
Paula Daughtrey that is splitting that
check between me and my common law
wife Tiffany Anne Lyes. Due to the
thought of that check being discontinued
is the reason that I have asked to
proceed informa Pauperis. I am allready
paying off an overdraft to S.S. Administration
48⁰⁰ a month.                Thank You
                              So much

                              Respectfully

                              Windell Robinson

Windell Robert Robinson
P.O. Box 2601
Athens, Texas
75751

Legal Mail
Personal +
confidential

Federal Clerk of Court
United States Eastern District
United States Federal Court
211 W. Ferguson St
Tyler, Texas
75702

I have mailed these legal Documents on the night of 12-21-2016 and should be Postmarked 12-22-2016. I am getting these witnesses to sign to prove my mailing these documents at this date from the Henderson County jail.

Doug Blanton
Cadney Williams